AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Equifax Information Services LLC, a Georgia limited liability company,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Equifax Information Services LLC, a Georgia limited liability company
Corporation Service Company, 7955 S Priest Drive, Suite 102, Tempe, AZ 85284

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

______________________________
CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

**ISSUED ON 11:52 am, Oct 02, 2026**

**s/ Daniel R. McAllister, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Rocket Mortgage, LLC,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Rocket Mortgage, LLC
C T Corporation System, 3800 N. Central Avenue, Suite 460, Phoenix, AZ 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

____________________________________
CLERK OF COURT

Date: __________________

Signature of Clerk or Deputy Clerk

[SEAL]

ISSUED ON 11:52 am, Oct 02, 2026
s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Valon Mortgage, Inc.,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Valon Mortgage, Inc.
c/o Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

________________________________________
CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ISSUED ON 11:52 am, Oct 02, 2026**
**s/ Daniel R. McAllister, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Onity Mortgage Corporation (f/k/a PHH Mortgage Corporation),
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Onity Mortgage Corporation (f/k/a PHH Mortgage Corporation)
Corporation Service Company, 7955 S Priest Drive, Suite 102, Tempe, AZ 85284

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

____________________________________

CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ISSUED ON 11:52 am, Oct 02, 2026**

**s/ Daniel R. McAllister, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Citibank, N.A.,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Citibank, N.A.
5800 S. Corporate Place, Sioux Falls, SD 57108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

____________________________________
CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ISSUED ON 11:52 am, Oct 02, 2026**
**s/ Daniel R. McAllister, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Credit Union of Colorado, a Federal Credit Union,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Credit Union of Colorado, a Federal Credit Union
Attn: Phillip John Smith, 8959 East 40th Avenue, Denver, CO 80238

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

______________________________
CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

ISSUED ON 11:52 am, Oct 02, 2026
s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Credit One Bank, N.A.,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

## SUMMONS IN A CIVIL ACTION

To: Credit One Bank, N.A.
6801 South Cimarron Road, Las Vegas, NV 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

______________________________
CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

ISSUED ON 11:52 am, Oct 02, 2026
s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Cenlar FSB,
Defendant.

Civil Action No.: ____________________

SUMMONS IN A CIVIL ACTION

To: Cenlar FSB
425 Phillips Boulevard, Ewing, NJ 08618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_______________________________________

CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

ISSUED ON 11:52 am, Oct 02, 2026
s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Alliant Credit Union,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Alliant Credit Union
11545 West Touhy Avenue, Chicago, IL 60666

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

______________________________________

CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
E PLURIBUS UNUM

**ISSUED ON 11:52 am, Oct 02, 2026**

**s/ Daniel R. McAllister, Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

BMO Bank N.A.,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: BMO Bank N.A.
320 South Canal Street, Chicago, IL 60606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

________________________________________
CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

ISSUED ON 11:53 am, Oct 02, 2026
s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Capital One, National Association,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Capital One, National Association
Corporation Service Company, 7955 S Priest Drive, Suite 102, Tempe, AZ 85284

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

________________________________________

CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

ISSUED ON 11:53 am, Oct 02, 2026

s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Trans Union LLC, a Delaware limited liability company,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Trans Union LLC, a Delaware limited liability company
The Prentice-Hall Corporation, 7955 S Priest Drive, Suite 102, Tempe, AZ 85284

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

______________________________
CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]




ISSUED ON 11:53 am, Oct 02, 2026
s/ Daniel R. McAllister, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of Arizona
Phoenix Division

Daniel Fessler,
Plaintiff,

v.

Experian Information Solutions, Inc., an Ohio corporation,
Defendant.

Civil Action No.: CV26-07166-PHX-SPL

SUMMONS IN A CIVIL ACTION

To: Experian Information Solutions, Inc., an Ohio corporation
CT Corporation System, 3800 N. Central Avenue, Suite 460, Phoenix, AZ 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Fessler (Plaintiff, Pro Se)
614 e Morgan dr
Gilbert, AZ 85295
(480) 217-2793
askfessler@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

______________________________
CLERK OF COURT

Date: ____________________

Signature of Clerk or Deputy Clerk

[SEAL]

**ISSUED ON 11:53 am, Oct 02, 2026**

**s/ Daniel R. McAllister, Clerk**